## EXHIBIT A
### (07-04208B MCKAY)

A certain lot or parcel of land with the buildings thereon, situated in Kenduskeag, County of Penobscot, State of Maine, bounded and described as follows: Commencing at an iron pin on the northerly side of the Bangor-Dexter Road at the southwesterly corner of a parcel of land conveyed by Eva Leona Williams, formerly Eva Leona Whitney to Leroy A. Sabine by deed dated August 27, 1974, and recorded in Penobscot County Registry of Deeds in Vol. 2490, Page 253; thence North 41° East a distance of two hundred sixty-four (264) feet, more or less, to a wood post; thence South 47° 30' East and parallel with said road a distance of two hundred (200) feet, more or less; thence South 41° West a distance of two hundred sixty-four (264) feet, more or less, to an iron pin on the northerly side of said Bangor-Dexter Road; thence North 47° 30' West a distance of two hundred (200) feet, more or less, along the northerly side of said Road to an iron pin and the point of beginning.

Any and all other rights, easements, privileges and appurtenances belonging to the granted estate are hereby conveyed.

Being the same premises as described in the deed from The United States of America, acting through the Administrator of the Farmers Home Administration, United States Department of Agriculture, to Irvin W. McKay and Cindy L. McKay dated February 22, 1983 and recorded in the Penobscot County Registry of Deeds, Book 3374 Page 290.



EXHIBIT A