```
PAY4              AS-OF 12/24/20  PAYOFF CALCULATION TOTALS 12/19/20  10:37:38
NAME IW MCKAY     CONTACT NAME IRVIN W MCKAY
--------------------------------------------------------------------------------
PRINCIPAL BALANCE         153,834.98        ---- 1ST MORTGAGE RATE CHANGES ----
INTEREST 12/24/20           5,652.22  CALC  INT FROM      RATE         AMOUNT
PRO RATA MIP/PMI                 .00        10/01/19    4.25000       5,652.22
ESCROW ADVANCE              1,818.89        12/24/20
ESCROW BALANCE                   .00
SUSPENSE BALANCE              114.76-
HUD BALANCE                      .00
REPLACEMENT RESERVE              .00
RESTRICTED ESCROW                .00
TOTAL-FEES                       .00
ACCUM LATE CHARGES            444.00
ACCUM NSF CHARGES                .00
OTHER FEES DUE                   .00
PENALTY INTEREST                 .00
FLAT/OTHER PENALTY FEE           .00        TOTAL 1ST MTG INTEREST    5,652.22
CR LIFE/ORIG FEE RBATE           .00        TOTAL TO PAYOFF         163,588.83
RECOVERABLE BALANCE         1,953.50  NUMBER OF COPIES: 1   PRESS PF1 TO PRINT
                                            TOTAL PAGE 2                  .00

--------------------------------------------------------------------------------
```



EXHIBIT D