UNITED STATES DISTRICT COURT
DISTRICT OF MAINE
CIVIL ACTION NO:

U.S. Bank Trust National Association, not in
its individual capacity, but solely as trustee
of Citigroup Mortgage Loan Trust 2018-A

        Plaintiff

              vs.

Irvin W. McKay

        Defendant

RE:
307 Mudgett Road, Kenduskeag, ME 04450

Mortgage:
August 6, 2007
Book 11082, Page 114

## AFFIDAVIT RELATING TO MILITARY SEARCH

I, Matthew N. Kelly, hereby certify that on **January 8**, 2021 I searched the

Department of Defense/Defense Manpower Data Center (DOD/DMDC) and found that the

Defendant, Irvin W. McKay, is not in the military. An affidavit as to the Defendant's military status

will be filed with a Motion for Summary Judgment or at trial as Maine Courts accept such affidavits

only at those times.

Dated: **January 8**, 2021

                             Matthew N. Kelly
                             Paralegal

## COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

Dated this **8** day of January, 2021

COUNTY OF ESSEX

On this **8** day of January, 2021, before me, the undersigned notary public personally appeared
Matthew N. Kelly, who proved to me through satisfactory evidence of identification to be the
person whose name is signed on this document, who swore or affirmed to me that the contents of
the document are truthful and accurate to the best of his/her knowledge and belief.

                        Notary Public
                        My Commission Expires:

Kristine M. DelGenio
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
12/18/2026

**EXHIBIT
E**

# Department of Defense Manpower Data Center



Status Report
Pursuant to Servicemembers Civil Relief Act

SSN:

Birth Date:

Last Name:     MCKAY

First Name:     IRVIN

Middle Name:     W

Status As Of:     Jan-08-2021

Certificate ID:     MF863W5YCN8GKZJ

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955