AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maine

| | |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION<br>*Plaintiff*<br>v.<br>IRVIN W. MCKAY<br>*Defendant, counterclaim plaintiff*<br>v.<br>DOONAN GRAVES & LONGORIA, LLC<br>*Counterclaim defendant* | Civil Action No. 1:21-CV-00013-JDL |

## SUMMONS ON A COUNTERCLAIM

To: *(Couonterclaim defendant's name and address)* Doonan Graves & Longoria, LLC
c/o Douglas F. Jennings, Registered Agent
One Western Court, Suite 103B
Augusta, Maine 04330

A lawsuit has been filed against defendant  Irvin W. Mckay  , who as counterclaim plaintiff is making this claim against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached first amended counterclaim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Thomas A. Cox, Esq.
P.O. Box 1314
Portland, Maine 04101

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

John A. Doonan, Esq.
Doonan Graves & Longoria, LLC, 100 Cummings Center, Suite 303C, Beverly, MA 01915

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date:  03/18/2021

*[Signature]*
Christa K. Berry
Clerk, U.S. District Court

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 1:21-CV-00013-JDL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____      _____
                                              *Server's signature*

                                  _____
                                              *Printed name and title*

                                  _____
                                              *Server's address*

Additional information regarding attempted service, etc: